IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 JUL 16 AM 9:37

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**LUKE EVERETT DAVID**,<br><br>Defendant. | No.   25-CR-95-S<br><br>Cts 1-5:   **18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)**<br>(Distribution of Child Pornography)<br><br>Ct 6:   **18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)**<br>(Receipt of Child Pornography)<br><br>**\*\* FORFEITURE NOTICE\*\*** |

---

**SUPERSEDING INDICTMENT**

---

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Between on or about February 2, 2025, and on or about February 14, 2025, in the District of Wyoming and elsewhere, the Defendant, **LUKE EVERETT DAVID**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely the internet and cellular telephone networks, through the use of Kik account: noneya3076_sm2.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT TWO

Between on or about January 7, 2025, and on or about February 14, 2025, in the District of Wyoming and elsewhere, the Defendant, **LUKE EVERETT DAVID**, knowingly distributed child

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using means and facilities of interstate commerce, namely the internet and cellular telephone networks, through the use of Kik account: noneya0502_bbf.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT THREE

Between on or about January 23, 2025, and on or about February 14, 2025, in the District of Wyoming and elsewhere, the Defendant, **LUKE EVERETT DAVID**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using means and facilities of interstate commerce, namely the internet and cellular telephone networks, through the use of Kik account: noneya1307_bql.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT FOUR

Between on or about December 19, 2024, and on or about February 14, 2025, in the District of Wyoming and elsewhere, the Defendant, **LUKE EVERETT DAVID**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using means and facilities of interstate commerce, namely the internet and cellular telephone networks, through the use of Kik account: noneya66_lpk.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT FIVE

Between on or about November 26, 2024, and on or about February 14, 2025, in the District of Wyoming and elsewhere, the Defendant, **LUKE EVERETT DAVID**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using means

and facilities of interstate commerce, namely the internet and cellular telephone networks, through the use of Kik account: noneya5217_0am.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT SIX

On or about December 31, 2024, in the District of Wyoming, the Defendant, **LUKE EVERETT DAVID**, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(C), using any means or facility of interstate commerce, namely the internet and cellular telephone networks, through the use of Kik account: noneya66_lpk.

In violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## FORFEITURE NOTICE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. As authorized by 18 U.S.C. § 2253 and upon the conviction of an offense in violation of 18 U.S.C. §§ 2251 or 2252A, the Defendant, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251 or 2252A or any matter which contains any such visual depiction, which was possessed, produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2251 or 2252A; and any personal property used or intended to be used to commit and to promote the commission of the offenses. The property to be forfeited includes but is not limited to: a Samsung Galaxy S23 Ultra.

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

STEPHANIE SPRECHER
Acting United States Attorney

3

---

## PENALTY SUMMARY

---

**DEFENDANT NAME:**      **LUKE EVERETT DAVID**

**DATE:**      July 15, 2025

**INTERPRETER NEEDED:**      No

**VICTIM(S):**      Yes

**OFFENSE/PENALTIES:**

**Cts: 1-5**      **18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)**
(Distribution of Child Pornography)

5-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex
Trafficking Act Of 2015
Up To $35,000 Special Assessment And Mandatory
Restitution Of Not Less Than $3,000 Per Requesting Victim
Pursuant To The Amy, Vicky, And Andy Child Pornography
Victim Assistance Act Of 2018

**Ct.6**      **18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)**
(Receipt of Child Pornography)

5-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex
Trafficking Act Of 2015
Up To $35,000 Special Assessment And Mandatory
Restitution Of Not Less Than $3,000 Per Requesting Victim
Pursuant To The Amy, Vicky, And Andy Child Pornography
Victim Assistance Act Of 2018

1

**TOTALS:**                           30 Years to 120 Years Imprisonment
                                      Up To $1,500,000 Fine
                                      5 Years To Life Supervised Release
                                      $600 Special Assessment
                                      $30,000 Special Assessment Pursuant To The Victims Of
                                      Sex Trafficking Act Of 2015
                                      Up To $210,000 Special Assessment And Mandatory
                                      Restitution Of Not Less Than $3,000 Per Requesting Victim
                                      Pursuant To The Amy, Vicky, And Andy Child Pornography
                                      Victim Assistance Act Of 2018

**AGENT:**                            Ryan Hieb, DCI/ICAC

**AUSA:**                             Mackenzie R. Morrison, Assistant United States Attorney

**ESTIMATED TIME OF
TRIAL:**                              1 to 5 days

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS                Yes
CASE:**

**ARE THERE DETAINERS
FROM OTHER                            No
JURISDICTIONS:**

2